# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Mia L. White #541187

v.

Case Number:

_____
(to be supplied by Clerk of Court)

(Full name of defendant(s))

Wisconsin Department of Corrections, Dr. Weber & "NP" Lemmenes, Mary

## A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at (State)

   Robert E. Ellsworth Correctional Center
   21425 A Spring (Address of prison or jail) Street
   Union Grove, WI. 53182

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Mary G. Lemmenes & Dr. Barbara Weber
                                                         (Name)
   is (if a person or private corporation) a citizen of Wisconsin

Complaint – 1

and (if a person) resides at <u>Taycheedah Correctional Institution</u> (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Department of Corrections in Wisconsin</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 9·13·18 I was seen by Dr. Weber at Taycheedah Correctional for lower lumber pain. My back was in severe pain. After complaining for weeks I still did not receive a proper exam. Dr. Weber ignored my pain level and denied me an x-Ray of my back and a MRI. After seeing "NP" Mrs. Mary Lemmenes she diagnosed me with burtitis, but refused to order a MRI. After giving me the injection into my right bursa I still felt back pain and dropped multiple slips to be seen with no results or answers. The

Complaint – 2

Dated Times are 9.13.2018 and then 10.11.18 I was seen by Dr. Weber and again on 9.28.18 by Mary Lemmenes. This took place in the care of the Department of Corrections in the state of Wisconsin. I was told that the reason why I was'nt recieving a X-Ray or MRI was, because the medical staff were professionals and knew what they were doing. Now Due to the fact of them Not taking percaustions and making a final Diagnosis I will be in pain for the rest of my life, because I experienced a fracture To my back and I've gain almost 50 lbs from the time of my injury or maybe more. I weigh 255 lbs and since then have started taking medication Due To Severe Depression & pain I am on cymbalta for ache's and severe pain prescribed by my psyc. Doctor, because HSU staff has'nt Giving me proper pain meds.

Complaint – 3

Complaint -3 ("continued")

Due to the negligence of not making a proper diagnosis and ruling out anything serious by doing a X-Ray or MRI, I am stuck in pain unable to sit, stand or walk for long periods of time. I am scheduled to go off of grounds to see a Neurosurgeon as a part of my Discharge instructions given by the Medical Doctor from the Emergency room on 8·20·19

I am seeking pain and suffering as the the severe weight change since injuring myself and being able to perform normal movement and activities as usually done. Before my injury I played base ball & Basketball as well as volleyball, and kick ball. I've always been athletic since a young child. Now I am down alot; because of the lack of ability to do what I love to do.

Sincerely, Tia R. White
11·3·19

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ Greater then $75,000

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If I win I want the Courts to Order proper medical attention for all State prison's assuring No One's health will be Neglected or looked over or treated like Just a Number. I am also seeking Damages Greater then $75,000 Due to the fact that my back will Never be the Same again and this will Effect my work ability and Everyday life. I have 2 small children and Husband to be that Needs me financially, and physically & Emotionally. I can't Due for them if I can't Do for myself.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __3rd__ day of __November__ 20__19__.

Respectfully Submitted,

__Mia D. White__
Signature of Plaintiff

__#541187__
Plaintiff's Prisoner ID Number

__21425 A. Spring Street, Union Grove, WI. 53182__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5